☒ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

03/26/2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
LAUREN IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Lauren.ibanez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER **702-218-2523** THAT IS STORED AT PREMISES CONTROLLED BY VERIZON | Case No. 2:25-mj-00112-BNW<br><br>**MOTION TO UNSEAL** |

The United States of America, by and through its attorneys, Sue Fahami, Acting United States Attorney, and Lauren Ibanez, Assistant United States Attorney, hereby moves this Court for an Order to unseal the above captioned case number and all documents therein.

The legal process in these matters were issued and sealed at that time to protect the integrity of an ongoing investigation. Subsequently, the investigation resulted in an indictment in *United States v. Knowledge Rodriguez, et al.*, case number 2:25-cr-0004-JCM-BNW.

///

///

///

///

///

1

The Government seeks to unseal the above captioned matter so that documents can be provided in discovery.

DATED this 26th day of March, 2025.

                                              Respectfully submitted,

                                              SUE FAHAMI
                                              Acting United States Attorney

                                              */s/ Lauren Ibanez*

                                              LAUREN IBANEZ
                                              Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER **702-218-2523** THAT IS STORED AT PREMISES CONTROLLED BY VERIZON | Case No. 2:25-mj-00112-BNW<br><br>**ORDER** |

Based on the Motion of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this __31__ day of March, 2025.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

1